WARNER *v.* PORTER, STREET COMMISSIONER OF THE VILLAGE OF JACKSON.

SECTION 119 of the justices act of 1841, (S. L. 1841, p. 81,) which provides that "in *all cases* of judgments rendered before a justice of the peace, either party thinking himself aggrieved, may remove the same by writ of *certiorari* into the circuit court," must be construed to apply to such judgments, only, as are rendered in the exercise of the *original* jurisdiction in *civil actions*, conferred upon justices by section 1, of the same act.*

*Held*, accordingly, that *certiorari* would not lie to remove into the circuit court, a judgment for the *penalty* imposed by a by-law of the village of Jackson for neglect to perform highway labor, rendered by a justice of the

*See R. S. 1846, p. 385, § 45, p. 378, § 3; S. L. 1843, p. 237, §§ 4, 5; R. S. 1846, p. 387, §§ 1, 2, p. 406, § 140.

peace, in a summary proceeding by *complaint,* under by-laws of the village, in the exercise of the *special* jurisdiction conferred by the 16th section (S. L. 1843, p. 122) of the village charter.

*Semble,* That such judgment might be removed into this court by *certiorari.*